**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**


**GRINNELL MUTUAL REINSURANCE**
**COMPANY,**

**Plaintiff,**

**v.**

**RENA SMITH, MICHAEL STIFLE,**
**ROGER OSBORN, and TAMMY WOOD**
**as administrator of the Estate of**
**Harry Yargus, deceased,**

**Defendant.**                                        **No. 08-892-DRH**


**<u>ORDER</u>**


**HERNDON, Chief Judge:**


Before the Court is Plaintiff's Motion for Default Against Rena Smith (Doc. 21). Plaintiff requests that the Court enter a default judgment, presumably pursuant to **FEDERAL RULE OF CIVIL PROCEDURE 55(b)**. While **55(b)** provides the procedural vehicle for obtaining a default *judgment* against a party, the moving party must first seek an *entry* of default from the Clerk of the Court against the party in default, pursuant to **Rule 55(a)**. In this case, Plaintiff has failed to obtain such entry of default prior to seeking a default judgment. Therefore, the Court **DENIES** Plaintiff's Motion for Default (Doc. 21). Plaintiff must first file a Motion for Entry of Default by Clerk, pursuant to **Rule 55(a)**, and then move for a default judgment

pursuant to **Rule 55(b)**, at which time, the Court will revisit the issue.

**IT IS SO ORDERED.**

Signed this 7th day of August, 2009.

/s/        David R Herndon

**Chief Judge**
**United States District Court**